PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Basim Henry      Cr.: 05-00696-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S. District Judge

Date of Original Sentence: 09/27/05

Original Offense: Felon in Possession of Ammunition

Original Sentence: Time Served; 2 years supervised release; $100 special assessment; DNA testing

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/27/05

Assistant U.S. Attorney: Kevin Walsh      Defense Attorney: Raymond Brown, Esq.

## PETITIONING THE COURT

[X] To issue a warrant to be used as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>During an office visit on December 20, 2005, Henry admitted using cocaine on December 17, 2005 while at a bar with friends. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report to the Probation Office on February 7, 2006. In addition, Henry failed to submit his February 2006 monthly supervision report. |

3  The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On February 22, 2006, a warrant was issued by the Newark Police Department charging the offender with Terroristic Threats (2C:12-3). It is alleged that on February 11, 2006, Henry threatened to kill victim, G.J., during a verbal dispute.

On June 12, 2006, the above charge was downgraded to Simple Assault (2C:12-1A(1). A Newark Municipal Court date has been scheduled for July 18, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/17/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7-19-06
Date